# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Dolan v. Hilo Medical Center | 28792 | 04/12/2012 | Denied | 127 Hawai'i 325, 278 P.3d 382 |